AO 455 (Rev.5/85) Waiver of Indictment

**FILED**

**MAY 24 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.                                            *WAIVER OF INDICTMENT*

MICHAEL N. COOK,

Case Number: 13-cr-30111-MJR

I, Michael N. Cook, the above-named defendant, who is accused of Unlawful User of a Controlled Substance in Possession of Firearms and Possession of Heroin, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on May 24, 2013, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
MICHAEL N. COOK

_____
WILLIAM J. LUCCO

Before _____
        Judicial Officer