**FILED**

**MAY 2 4 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 13-cr-30111-MJR |
| Plaintiff, | ) | |
| | ) | Title 18 |
| v. | ) | United States Code |
| | ) | Section 922(g)(3) |
| MICHAEL N. COOK, | ) | |
| | ) | Title 21 |
| Defendant. | ) | United States Code |
| | ) | Section 844 |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### Unlawful User of a Controlled Substance in Possession of Firearms

On or about the 23rd day of May, 2013, in the Southern District of Illinois, the defendant,

**MICHAEL N. COOK,**

then being an unlawful user of a controlled substance, as defined in 21 U.S.C. Sec. 802, and then being addicted to a controlled substance, as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting interstate commerce a firearm, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2
### Possession of Heroin

On or about the 23rd day of May, 2013, in the Southern District of Illinois, the defendant,

**MICHAEL N. COOK,**

knowingly and intentionally possessed heroin, a Schedule I narcotic controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney


JAMES L. PORTER
Assistant United States Attorney


SUZANNE M. GARRISON
Assistant United States Attorney

2