UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 24 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,        )
                                 )
v.                               )   CASE NO. 13-30111-MJR
                                 )
MICHAEL N. COOK,                 )

## WAIVER OF ARRAIGNMENT ON INFORMATION AND PLEA OF NOT GUILTY

**MICHAEL N. COOK**, defendant herein, hereby acknowledges receipt of the Information filed in this case on May 24, 2013 and I acknowledge that I have the Information, or had it read to me, and further acknowledge that I understand the nature of the charges against me. Defendant WAIVES formal arraignment on the Information. This waiver is made voluntarily and with the assistance of counsel. It shall be CONSTRUED as a complete waiver of any rights created by or existing pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as well as any rights which may exist pursuant to the United States Constitution to arraignment in open court on the Information.

**MICHAEL N. COOK**, defendant herein, hereby ENTERS a plea of NOT GUILTY to all charges contained in the Information.

DATED: 5/24/13                   _____
                                 **Defendant**

DATED: 5/24/13                   _____
                                 **Attorney for Defendant**