UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF INITIAL APPEARANCE

**CRIMINAL NO.**: 13-30111-MJR             **DATE:** May 24, 2013
**U.S.A. vs. Michael N. Cook**             **JUDGE:** Clifford J. Proud
   [X] Present    [X] Custody      [ ] Bond    **DEPUTY:** Sara Jennings
**DEFT. COUNSEL:** William Lucco and Michael Nester    **REPORTER:** Laura Blatz
   [X] Present   [] Apptd.   [X] Retained   [ ] Waived   **TIME:** 9:55 AM – 10:10 AM
**GOVT. COUNSEL:** James Porter and Suzanne Garrison    **East St. Louis**

[X] Waiver of Indictment filed.
[X] Information filed.
[X] Defendant sworn.
[X] Defendant waives reading of Information.
[X] Defendant waives Arraignment and executes a Waiver of Arraignment on Information and Plea of Not Guilty.
[X] Defendant advised of constitutional rights     [X] Defendant advised of charges and penalties.
[X] Court addressed Issue of detention.   Defendant is released on a unsecured recognizance bond.
[X] Plea: Not Guilty as to Counts 1 and 2 of the Information.
[X] Order for Pretrial Discovery and Motion Practice to be entered.
[X] Jury Trial set for **7/15/2013** at **9:00 am** before Judge Michael J. Reagan in East St. Louis, IL.