IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 13-CR-30111-MJR ) |
| MICHAEL N. COOK, | ) ) ) |
| Defendant. | ) |

## ORDER OF RECUSAL

REAGAN, District Judge:

The undersigned District Judge hereby RECUSES from the above-captioned criminal case. The Clerk of Court shall REASSIGN this case to the Honorable William D. Stiehl.

IT IS SO ORDERED.

DATED May 24, 2013.

Michael J. Reagan
United States District Judge

This case is hereby reassigned to the Honorable   William D. Stiehl  , United States District Judge. All future pleadings should be captioned as Case No. 13-CR-30111-WDS.