# ATTACHMENT TO PLEA AGREEMENT / STIPULATION OF FACTS

- Eight (8) 12-gauge shotgun shells, and one (1) canister of .22 caliber ammunition containing 239 rounds.
- One box containing the following: one (1) container of eighteen (18) Heavi-Metal 12-gauge shotgun shells, one container of Federal Ammunition Speed-Shok containing 93 rounds of .223 ammunition, eight (8) rounds of .45 Colt ammunition, 59 12-gauge shotgun shells, five (5) rounds of 410 ammunition, and ten (10) 20-gauge shotgun shells.
- Boss and Company double barrel shotgun in case, S/N 93817
- J. Purdey and Sons double barrel shotgun in case, S/N 17887
- AIRSOFT magazine containing fake rounds found inside Receipt Item 24, ECHO90 5.7x28 caliber serial EN20081030
- Seven (7) 9 mm rounds, located in the magazine stored inside Receipt Item 18, Ruger LCP .380 semiautomatic handgun S/N 375-17174
- ECHO90 5.7x28 caliber AIRSOFT GUN serial EN20081030.
- 12-gauge Mossberg S/N U536982
- Winchester Model 101 Field, 12-gauge shotgun, S/N 13AMN01698
- New Service .45 Colt revolver serial 147762
- Ruger .357 magnum GP100 revolver in case, S/N 176-57578
- Ruger .357 LCR revolver, S/N 546-58497, with padded case
- Ruger LCP .380 semiautomatic handgun, S/N 375-17174 with empty magazine.
- Beretta A391 Xtrema 2, serial AG103165
- Browning Citori 12-gauge shotgun, S/N 14998ZY131
- One large box containing: three cardboard boxes holding a total of 26 rounds of .50 caliber ammunition, one (1) box of Winchester Super-X 20-gauge shotgun shells, two (2) unopened plastic cases of 100 cartridges each of CB 22 short lead round nose bullets, 14 12-gauge shotgun shells, one (1) box of Hornady Critical Defense cartridges containing a total of 23 assorted .357 magnum rounds, two (2) speed loaders containing six (6) rounds each of federal .38 special ammunition, one (1) Springfield armory 10-round magazine for a 9-mm handgun, twelve (12) rounds of .45 Colt ammunition, 26 rounds of 9 mm ammunition, three (3) rounds of .380 auto ammunition, three (3) rounds of .38 special ammunition, eight (8) .22 long rounds, one (1) shell casing from a 9 mm Luger S&B bullet, one (1) sling swivel, six (6) 20-gauge shotgun shells, six (6) rounds of .40 caliber ammunition, and three (3) rounds of .223 ammunition
- Ruger 10/22 serial 353-10720 rifle
- Butt stock
- One (1) gray box containing 33 rounds of .45 Colt ammunition, one (1) green box containing 36 rounds of .45 Colt ammunition, one (1) speedloader containing six (6) rounds of .45 Colt long ammunition, two (2) 000 Buck shells, one (1) 20-gauge shell, and six (6) Winchester 12-gauge shotgun shell
- Six (6) 3 ½" BBB Shotgun Shells and One (1) Rifle Ammunition Cartidge
- Thirty (30) .223 Caliber Ammunition Cartridges
- Eleven (11) .22 Caliber Ammunition Cartridges
- Walther P22 .22 Caliber Firearm with Serial # T002531 and One Empty magazine
- Twenty Nine (29) .22 Caliber Ammunition Cartridges

1

- Puma PPS .22 LR Firearm Serial # PP000648 and One Empty Magazine
- Explorer Double Gun Case
- Five (5) Magazines associated with MSAR Firearm; One Loaded with Ten (10) Hornady .223 Ammunition Cartidges
- Microtech Small Arms Research (MSAR) STG-556 Firearm with Serial # 600-P008642 and One Empty Magazine
- Fifty Five (55) FN 5.7 Ammunition Cartidges
- FN 5.7 Gun Case with Two (2) Empty Magazines
- FN 5.7 Firearm with Serial # 386193631 and One Empty Magazine
- Five (5) Super X .22 Magnum Ammunition Cartidges
- North American Arms Five Shot Revolver, Serial # PG2994
- Twenty (20) FN 5.7 Ammunition Cartidges
- 2 magazines with ammunition and two holder magazine holder.
- 1 fully loaded magazine with ammunition associated with with Beretta Model 92FS.
- 1 Black Beretta Model 92FS, 9 MM , bearing SN BER237248Z with paddle holster.
- 1 Magazine with 6 bullets associated with Smith & Wesson BodyGuard 380
- 1 Smith & Wesson BodyGuard 380 SN# EAR5007 with black nylon case.
- Assorted ammunition
- Assorted ammunition and black ammunition box
- Harrington and Richardson, model Ultra Slug, 12 gauge single shot shotgun, s/n 260715, with Bushnell scope
- Springfield Armory, M-1, Normandy Commemorative, .30 caliber rifle, s/n 7111209
- Springfield Armory gun case with two (2) magazines containing 9mm ammunition (ten rounds in each)
- Assorted ammunition and magazines
- Springfield Armory, model XD-9, 9mm semiautomatic handgun, s/n US972282
- USSG, model SC2010, 410 gauge single shot shotgun, s/n 10400108
- M-1 carbine, .30 caliber semiautomatic rifle, s/n 4222316
- Harrington and Richardson, model Ultra Slug, 20 gauge single shot shotgun, s/n CAC286155, with Nikon scope
- Savage, model 93R17, .17HMR caliber, bolt action rifle, s/n 1737179, with BSA scope
- Romarm, model SA/Cugir/SAR-1, 7.62 x 399 caliber semiautomatic rifle, s/n S1-84288-03
- Smith and Wesson, model M & P 15-22, .22 LR caliber semiautomatic rifle, s/n DTX6016
- FNH, model SCAR 16S, 5.56 x 45 caliber semiautomatic rifle, s/n LC13261
- Norinco SKS 7.62 x 39 caliber semiautomatic rifle, s/n 22001260
- Remington, model 742 Woodsmaster, .243 caliber semiautomatic rifle, s/n A7306293, with Tasco scope
- Ruger over/under 20 gauge shotgun, s/n 400-25483
- Remington, model 11-87 Sportsman, 20 gauge semiautomatic shotgun, s/n TL077211
- Central Arms Co., model 94B, 20 gauge single shot shotgun, with no visible s/n
- Winchester, model SX3, 12 gauge semiautomatic shotgun, s/n 11HZM11576
- Winchester, model SX3, 12 gauge semiautomatic shotgun, s/n 11HMN10625

- Benelli, model Super Black Eagle II, 12 gauge semiautomatic shotgun, s/n U413989
- PMAG30 thirty round magazine for 5.56 (.223) loaded with eighteen (18) 5.56mm rifle cartridges
- Dan Wesson Arms, Second Amendment, .44 magnum six shot revolver, s/n 2AD027
- Harrington and Richardson, model Ultra Slug, 12 gauge single shot shotgun, s/n 260798, with Bushnell scope
- Henry Repeating Arms, .22 caliber lever action rifle, s/n C020202H
- Beretta, model A.302, 12 gauge semiautomatic shotgun, s/n E83368E
- HK, model USP, .40 caliber semiautomatic handgun loaded with empty magazine, bearing s/n 22-074701
- Two (2) 12 gauge federal shotgun shells
- Armalite model AR50A1 .50 caliber bolt action rifle bearing s/n US372849
- Assorted ammunition
- Plastic Barnes and Noble bag containing assorted ammunition and one magazine containing ten .30 caliber rifle cartridges
- One magazine containing thirteen (13) .30 caliber rifle cartridges
- One magazine containing twenty-eight (28) .30 caliber rifle cartridges