IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV -8 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 13-cr-30111-JBM |
| MICHAEL N. COOK, | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The attorneys for the Government, the Defendant, and the attorneys for the Defendant agree that the following Stipulation of Facts are true and correct and that they support the charges and the change of plea herein:

As to Count 1 of the Information, during the time-frame outlined in the Information, Defendant Michael N. Cook was an unlawful user of controlled substances. Being an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, and then being addicted to a controlled substance, as defined in 21 U.S.C. § 802, Cook did knowingly possess, in and affecting interstate commerce, multiple firearms, including pistols, shotguns, rifles and one Armalite model AR50A1, .50 caliber bolt-action rifle, bearing serial number US372849. A complete list of the firearms has been given to the defense counsel. All of these firearms had been shipped and transported in interstate commerce prior to Cook's unlawful possession of them.

As to Count 2 of the Information, Cook possessed varied amounts of Heroin, a Schedule I Narcotic Controlled Substance. Specifically, on or about May 23 2013, Defendant picked up an amount of heroin at the residence of his customary heroin dealer, Sean D. McGilvery, in

Belleville, Illinois. At that time, a federal search warrant was being executed. Officers executing that warrant saw Defendant drop something to the ground as they approached. Keeping Defendant under constant surveillance, officers recovered what was dropped, which was field and laboratory tested and determined to be a user amount of Heroin, a Schedule I Narcotic Controlled Substance.

**SO AGREED AND STIPULATED:**

STEPHEN R. WIGGINTON
United States Attorney

_____
MICHAEL N. COOK
Defendant

_____
JAMES L. PORTER
First Assistant United States Attorney

_____
SUZANNE M. GARRISON
Assistant United States Attorney

_____
J. WILLIAM LUCCO
Attorney for Defendant

_____
THOMAS Q. KEEFE, JR.
Attorney for Defendant

_____
THOMAS Q. KEEFE, III
Attorney for Defendant

Date: 11/8/13