# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATE OF AMERICA | ) | CRIMINAL NO. 13-cr-30111-MJR |
|  | ) |  |
| Plaintiff, | ) | Title 18 |
|  | ) | United States Code |
| v. | ) | Section 922(g)(3) |
|  | ) |  |
| MICHAEL N. COOK, | ) | Title 21 |
|  | ) | United States Code |
| Defendant. | ) | Section 844 |
|  | ) |  |

## O R D E R  &  O P I N I O N

In compliance with Rule 32(h) of the Federal Rules of Criminal Procedure, notification is hereby given of possible departure from the Sentencing Guidelines.

Having reviewed the Pre-Sentence Investigation Report (PSR) the Court disagrees with the proposed finding of paragraph 107 that there are no "factors that would warrant a departure from the applicable sentencing guideline range." To the contrary, the Court can identify three reasons for departure from the guideline sentencing range, pursuant to U.S.S.C: § 5K2.0(a)(1) and (2): (1) given his status as a judge, the extensive duration of defendant's criminal conduct without any effort to obtain treatment for his drug addiction; (2) the disruption of governmental functions; and (3) loss of public confidence in the judicial system caused by defendant's criminal conduct under USSG § 2K2.7. Alternatively, these reasons would also warrant a variance from the sentencing guideline range based on consideration of the 18 U.S.C. § 3553(a) factors which includes "the nature and circumstances of the offense," "the need for the sentence imposed ... to reflect the

seriousness of the offense," and "the need for the sentence imposed ... to afford adequate deterrence to criminal conduct."

For these reasons, the Court is directing the U.S. Probation Officer Eric T. Hansen, to investigate and prepare and distribute to the parties within 28 days, a supplemental PSR containing factual information relevant to and supporting his proposed findings in paragraph 109 that

> "The Court may wish to consider whether an upward variance may be appropriate in this case, taking into account the factors outlined in 18 U.S.C. § 3553(a). Specifically, the defendant was a Circuit Court Judge and presided over cases involving the very conduct for which he is now convicted. The potential impact of his conduct, in how it may have affected trials he presided over and sentences he imposed while addicted to illegal substances, are immeasurable yet cannot be ignored. In addition, based on his position in the community, his actions erode public confidence in the judicial system."

For all of these reasons, the sentencing hearing now scheduled for January 17, 2014 is cancelled and reset for __February 26__, 2014 at __1:15 PM__.

Entered this __8TH__ day of January, 2014.

s/Judge Joe B. McDade

_____
JOE BILLY McDADE
United States Senior District Judge

2